JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYBRID FINANCIAL LTD., <br>     Plaintiff, <br><br>         v. <br><br> HAMMITT, INC., <br>     Defendant. | 2:22-cv-8635-DSF-MRWx <br><br> JUDGMENT |

    The Court having granted a motion for summary judgment in favor of Plaintiff on its breach of contract claim and Plaintiff having dismissed its claim for account stated,

    IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff and against Defendant for the amount of $125,000, and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 7, 2024

                                                *Dale S. Fischer*
                                        Dale S. Fischer
                                        United States District Judge